UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OSCAR DOZIER, individually on
behalf of himself and other
similarly situated employees,

    Plaintiff,

v.                                          Case No. 3:18-cv-972-BJD-MCR

DBI SERVICES, LLC., a Foreign
Limited Liability Company,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 131; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on December 22, 2021. In the Report, the Magistrate Judge recommends the Court grant the parties' Joint Motion to Approve FLSA Settlement (Doc. 118). Report at 2. No party filed an objection to the Report and the time to do so has passed. Accordingly, the matter is ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to finding of fact are filed, the district judge is not required to conduct a de novo review of those findings. See Garvey v.

Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). Further, if no objections to a magistrate judge's report and recommendation are filed, the district court reviews legal conclusions only for plain error and only if necessary in the interest of justice. Shepherd v. Wilson, 663 F. App'x 813, 816 (11th Cir. 2016); see also Mitchell v. United States, 612 F. App'x 542, 545 (11th Cir. 2015) (noting under 11th Circuit Rule 3–1, the appellant would have waived his ability to object to the district court's final order on a report and recommendation where appellant failed to object to that report and recommendation). "Under plain error review, we can correct an error only when (1) an error has occurred, (2) the error was plain, (3) the error affected substantial rights, and (4) the error seriously affects the fairness, integrity or public reputation of judicial proceedings." Symonette v. V. A. Leasing Corp., 648 F. App'x 787, 790 (11th Cir. 2016) (citing Farley v. Nationwide Mut. Ins. Co., 197 F.3d 1322, 1329 (11th Cir. 1999)). Upon independent review of the entire record, the undersigned finds no plain error in the Report.

Accordingly, after due consideration, it is

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 131) is **ADOPTED** as the opinion of this Court.

2. The parties' Joint Motion to Approve FLSA Settlement (Doc. 118) is **GRANTED**.

3. The proposed Settlement Agreement and Release is **APPROVED**.

4. This case is **DISMISSED with prejudice** as to the claims by participating Opt-in Plaintiffs

5. This case is **DISMISSED without prejudice** as to non-participating Opt-in Plaintiffs, including Opt-in Plaintiffs who withdrew their consent-to-join forms.

6. This Court will retain jurisdiction for a limited time to enforce the terms of the settlement agreement and such period shall not extend beyond September 1, 2022, absent further order of the Court.

7. The Clerk of the Court is **DIRECTED** to close this file and terminate any remaining motions and deadlines.

**DONE** and **ORDERED** in Jacksonville, Florida this 19th day of January, 2022.

BRIAN J. DAVIS
United States District Judge

8
Copies furnished to:

Counsel of Record
Unrepresented Parties